UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 18-01083JVS(DFMx) | Date | October 8, 2019 |
| Title | Albert Hur v Hyesung Park, et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER DISMISSING CASE**

      On March 25, 2019, this Court granted plaintiff until July 1, 2019 to serve the defendant. On July 1, 2019, the plaintiff filed a request for additional time to properly effectuate service of process. On July 8, 2019 the Court granted plaintiff's request and granted plaintiff until October 1, 2019 to serve the defendant and stated that "NO FURTHER CONTINUANCES WILL BE GRANTED."

      On October 1, 2019 the plaintiff lodged with the Court "Plaintiff's Request for Additional Time to Properly Effectuate Service of Process" and the clerk's office forwarded to the court a Notice of Document Discrepancies with the request. The Court ordered that the document not be filed but instead rejected and ordered returned to counsel on October 3, 2019. The Court orders this case DISMISSED.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |